## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTRA F. MATAJCICH,<br><br>             Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>             Defendant. | Case No. 2:21-cv-00911 CKD (SS)<br><br>ORDER LIFTING STAY AND PROVIDING FOR ONE NOTICE OF EXTENSION PER PARTY |

      The plaintiff seeks judicial review of an administrative decision of the Commissioner of Social Security denying the plaintiff's claim for disability benefits under the Social Security Act. This matter is before the undersigned pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3) and Local Rule 302(c)(15).

      This case was previously stayed pursuant to General Order 615. On February 16, 2022, the court rescinded G.O. 615, effective April 1, 2022. (See G.O. 644.) Given this, the court now ORDERS:

1. The stay in this case is LIFTED;
2. The Clerk of the Court is directed to file the undersigned's scheduling order for Social Security cases;
3. Given that service has been completed, the Clerk may ignore the requirement in the scheduling order to serve the Commissioner;
4. With respect to the scheduling order, given the lifting of the stay in numerous Social Security cases simultaneously, the Court further orders that each party is entitled to a single

extension of time of up to twenty-eight (28) days, with no requirement for consent of the opposing party or Court order.  Upon filing a Notice of Extension with the Court, Plaintiff shall be granted an extension of time of no more than twenty-eight (28) days to file the Opening Brief.  Upon filing a Notice of Extension with the Court, Defendant shall be granted an extension of time of no more than twenty-eight (28) days to file the Responsive Brief.  All other deadlines will be adjusted accordingly.  Any additional extensions must be requested by motion or stipulation and approved by the Court.

Dated:  April 4, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/matajcich0911.liftstay.GO644